IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS STARK, | ) | |
| Plaintiff | ) | 2:10cv20 |
| | ) | Electronic Filing |
| vs. | ) | |
| | ) | Judge Cercone |
| | ) | Chief Magistrate Judge Hay |
| ALLEGHENY COUNTY JAIL, | ) | |
| Defendant | ) | |

## **MEMORANDUM ORDER**

AND NOW, this  9th  day of August, 2010, after the Plaintiff, Thomas Stark, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the Plaintiff until August 9, 2010, to file written objections thereto, and the Plaintiff's copy of the Report and Recommendation having been returned by Allegheny County Jail indicating that he is no longer there, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that this matter is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
DAVID STEWART CERCONE
United States District Judge

cc: Honorable Amy Reynolds Hay
Chief United States Magistrate Judge

Thomas Stark
Inmate #30123
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219